JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HYATT HOTEL CORPORATION, dba ANDAZ WEST HOLLYWOOD, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00911-ODW(GJS)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [26]<br><br>(Los Angeles Superior Court, Case No. BC682513)<br><br>Trial Date:　　October 1, 2019 |

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore, the following HEREBY ORDERED:

1. The action shall be remanded to Los Angeles Superior Court for the State of California, County of Los Angeles, with the Parties to bear their own attorney's fees and costs; and

2. The Parties have not waived any rights to remove the action to federal court in the future.

**IT IS SO ORDERED.**

December 7, 2018

_____
**Honorable Otis D. Wright, II**
**United States District Judge**